ertson's primary care giver, assisted Cedric Robertson in selling drugs from 255 Lindsey Street and other locations, was present when drug suppliers came to 255 Lindsey Street to meet with Cedric Robertson, took money from customers and gave it to Cedric Robertson, and was familiar with drug suppliers.

## CONCLUSION

For the foregoing reasons, we AFFIRM the convictions and sentences for Defendants–Appellants Robertson and Johnson, VACATE the sentence for Defendant–Appellant Murphy, and REMAND this matter for further proceedings consistent with this opinion.

## ORDER

This cause having come on to be heard upon the record, the briefs and the oral argument of the parties, and upon due consideration thereof,

The court finds that no prejudicial error intervened in the judgment and proceedings in the district court, and it is therefore ORDERED that said judgment be and it hereby is affirmed.

**NORTHFIELD INSURANCE COMPANY Plaintiff— Appellant,**

v.

**PARADISE CUSTOM YACHTS, INC. Defendant—Appellee.**

No. 01–5023.

United States Court of Appeals, Sixth Circuit.

July 18, 2002.

Before SUHRHEINRICH, SILER, and GILMAN, Circuit Judges.

**John W. TEMPLE, Jr., Plaintiff— Appellant,**

v.

**AMSOUTH BANK, et al., Defendants— Appellees.**

No. 00–6474.

United States Court of Appeals, Sixth Circuit.

July 18, 2002.

